WEYAND et al., Respondents, v. PARK TERRACE CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Henry Weyand and others against the Park Terrace Company, impleaded with others. No opinion. Motion to resettle order granted, without costs. See, also, 120 N. Y. Supp. 192; 120 N. Y. Supp. 1150.

WHEELER et al., Appellants, v. PHŒNIX INS. CO. OF BROOKLYN, N. Y., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 10, 1909.) Action by Albert J. Wheeler, individually, etc., and others against the Phœnix Insurance Company of Brooklyn, New York. No opinion. Judgment affirmed, with costs.

WHITE, Respondent, v. CITY OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1910.) Action by Addison H. White against the City of Syracuse.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

SPRING, J., concurs, except as to the amount of costs, being of the opinion that the respondent is entitled to a full bill of costs upon this appeal.

WILLIAMS, J., dissents, upon the ground that the court should have granted a new trial.

WHITE, Respondent, v. CITY OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1910.) Action by Addison H. White against the City of Syracuse.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents, upon the grounds that the verdict is excessive, and that the motion for a new trial upon the ground of newly discovered evidence should be granted.

WHITNEY v. PATRICK et al. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by George H. Whitney against Albert M. Patrick, President of the Village of Mechanicville, and others.

PER CURIAM. Order affirmed, on the opinion of Houghton, J. (120 N. Y. S. 550), at Special Term, with $10 costs and disbursements.

SMITH, P. J., dissents.

WILLIAMS, Respondent, v. BETTELS, Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Frank S. Williams against Charles Bettels. No opinion. Motions denied, without costs. See, also, 119 N. Y. Supp. 1150.

WILLIAMS v. SILLESKY. (Supreme Court, Appellate Division, Fourth Department. January 19, 1910.) Action by James A. Williams against Daniel R. Sillesky. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 119 N. Y. Supp. 1150.

WITKOV v. DRUCKER. (Supreme Court, Appellate Division, First Department. December 10, 1909.) Action by Asa Witkov against Ephraim Drucker. With this case has been consolidated in this court cases bearing titles as follows: In re Arthur Ave.; Liborio Lombardo v. Firemen's Ins. Co.; Amy W. Frank v. William Carter (two cases); Nathan Eichner v. Brooklyn Heights Railroad Company. No opinions. Appeals dismissed, with $10 costs in each case. Orders filed.

WOODING v. THOM. (Supreme Court, Appellate Division, First Department. December 10, 1909.) Action by Bella Wooding against William B. Thom. No opinion. Motion granted, on payment of $10 costs. Settle order on notice.

YAMPOLSKY, Respondent, v. FULTON METAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Leo Yampolsky against the Fulton Metal Company. No opinion. Motion to dismiss appeal denied, without costs.

YAMPOLSKY, Respondent, v. FULTON METAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Leo Yampolsky against the Fulton Metal Company. No opinion. Motion to amend the notice of appeal nunc pro tunc granted, upon payment of $10 costs.

YATES, Respondent, v. YATES, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 19, 1910.) Action by Russell P. Yates against Frances Yates. No opinion. Order affirmed, without costs. See, also, 119 N. Y. Supp. 1150.

END OF CASES IN VOL. 120.

*